IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL SWANSON,

    Plaintiff,

v.

DEPARTMENT OF JUDTICE, et al.,

    Defendants.

Case No. 6:22-cv-01304-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 13), and the matter is now before this Court on Plaintiff's objections.[1] *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 13) is adopted in full. Plaintiff's Amended Complaint (ECF No. 9) is DISMISSED with prejudice; Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED as moot; and Plaintiff's motions for appointment of counsel (ECF Nos. 10, 11) are DENIED.

---

[1] The Court construes Plaintiff's Motion for Judicial Review (ECF No. 15) and Concise Statement of Material Fact (ECF No. 16) as objections to Judge Kasubhai's Findings and Recommendation.

1 –ORDER

IT IS SO ORDERED.

DATED this 28th day of April, 2023.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER